# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MARGIE MCRAE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CV 211-193 |
| | * | |
| MICHAEL B. PERRY; SSI | * | |
| DEVELOPMENT, LLC; SCOTT | * | |
| COCHRAN; EDWARD | * | |
| OSTERVALD; GLYNN COUNTY | * | |
| GEORGIA; and DOES 1-30, | * | |
| | * | |
| Defendants. | * | |

### ORDER

Presently before the Court is Plaintiff's "Motion to Strike Unverified Answer of Defendant Glynn County." Dkt. No. 15. For the reasons stated below, Plaintiff's motion is **DENIED**.

Plaintiff moves to strike Defendant Glynn County's Answer, arguing that her verified complaint required Glynn County to respond with a verified answer. The Federal Rules of Civil Procedure explicitly state that a pleading need not be verified, unless a rule or statute specifically states otherwise. Fed. R. Civ. P. 11(a). Plaintiff relies on O.C.G.A. § 9-10-111 in support of her motion. However, that provision is a state procedural rule which is inapplicable in federal court, given

1

that Federal Rule 11(a) is directly on point. See <u>Kirkland v. Guardian Life Ins. Co. of Am.</u>, 352 F. App'x 293, 297 (11th Cir. 2009) (affirming district court's conclusion that O.C.G.A. § 9-10-111 is in conflict with Federal Rule of Civil Procedure 11(a) and that the federal rules do not require a verified answer to a verified complaint). Plaintiff has pointed to no other statute or rule that would require Glynn County to answer Plaintiff's verified complaint with a verified answer. Accordingly, Plaintiff has provided no valid reason to strike Glynn County's Answer.

For the above reasons, Plaintiff's "Motion to Strike Unverified Answer of Glynn County" is **DENIED**.

**SO ORDERED**, this 6th day of September, 2012.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA