# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MARGIE MCRAE, | * | |
| Plaintiff, | * | |
| vs. | * | CV 211-193 |
| MICHAEL B. PERRY; SSI DEVELOPMENT, LLC; SCOTT COCHRAN; EDWARD OSTERVALD; GLYNN COUNTY GEORGIA; and DOES 1-30, | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is Plaintiff's "Motion to Strike Unverified Answer of Defendant Glynn County." Dkt. No. 15. For the reasons stated below, Plaintiff's motion is **DENIED**.

Plaintiff moves to strike Defendant Glynn County's Answer, arguing that her verified complaint required Glynn County to respond with a verified answer. The Federal Rules of Civil Procedure explicitly state that a pleading need not be verified, unless a rule or statute specifically states otherwise. Fed. R. Civ. P. 11(a). Plaintiff relies on O.C.G.A. § 9-10-111 in support of her motion. However, that provision is a state procedural rule which is inapplicable in federal court, given

1

that Federal Rule 11(a) is directly on point. See Kirkland v. Guardian Life Ins. Co. of Am., 352 F. App'x 293, 297 (11th Cir. 2009) (affirming district court's conclusion that O.C.G.A. § 9-10-111 is in conflict with Federal Rule of Civil Procedure 11(a) and that the federal rules do not require a verified answer to a verified complaint). Plaintiff has pointed to no other statute or rule that would require Glynn County to answer Plaintiff's verified complaint with a verified answer. Accordingly, Plaintiff has provided no valid reason to strike Glynn County's Answer.

For the above reasons, Plaintiff's "Motion to Strike Unverified Answer of Glynn County" is **DENIED**.

**SO ORDERED**, this 6th day of September, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)